IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br> 10 S. Howard Street, 3rd Fl. <br> Baltimore, MD 21201 <br><br> Petitioner, <br><br> v. <br><br> AURICO REPORTS, LLC <br> Atrium Corporate Center <br> 3800 Golf Road, Suite 120 <br> Rolling Meadows, IL 60008 <br><br> Respondent | Civil Action No. |

CONSENT APPLICATION TO ENFORCE ADMINISTRATIVE SUBPOENA

1. This is a consent action for enforcement of a subpoena issued pursuant to Section 710 of Title VII of the Civil Rights Act of 1964 (Title VII), which incorporates Section 9 of the Fair Labor Standards Act, 29 U.S.C. § 209.

2. Jurisdiction is conferred upon the court by Sections 706(f)(3) and 710 of Title VII, 42 U.S.C. § 2000e-5(f)(3) and 2000e-9, the latter of which incorporates Section 11 of the National Labor Relations Act, 29 U.S.C. § 161.

3. Petitioner, the Equal Employment Opportunity Commission (EEOC), is the federal agency charged with the administration, interpretation, and enforcement of Title VII, including the investigation of charges of unlawful employment practices, and is authorized to bring this

action pursuant to Section 710 of Title VII.

4.      On May 16, 2015, the EEOC's Baltimore Field Office received a charge of discrimination (Charge No. 531-2015-01432C) alleging that PSAV Presentation Services (PSAV) engaged in disparate impact discrimination against African Americans through its application of its criminal background check policy. Respondent Aurico Reports, Inc. ("Respondent Aurico") contracts with PSAV to administer its background checks.

5.      On February 1, 2017, pursuant to its authority under 29 U.S.C. § 161 (incorporated in Section 710 of Title VII, 42 U.S.C. § 2000e-9), the EEOC issued to Respondent Aurico Subpoena No. BA-2017-184, which was duly served on the Respondent Aurico. *See* Exhibit 1, Subpoena.

6.      The purpose of the subpoena is to obtain background check information gathered by Respondent Aurico which PSAV Presentation Services claims it does not have. The EEOC needs this information in order to fulfill its statutory mandate to investigate the charge of discrimination filed against PSAV.

7.      Respondent Aurico maintains that pursuant to section 15 U.S.C. § 1681b(a) of the Fair Credit Reporting Act it may only turn over the subpoenaed background check information regarding PSAV applicants pursuant to a permissible purpose, including a court order. *See* 15 U.S.C. § 1681b(a)(1) ("…any consumer reporting agency may furnish a consumer report under the following circumstances and no other: (1) [i]n response to the order of a court having jurisdiction to issue such an order…").

8.      Following meet and confer discussions with the EEOC, Respondent consents to this Court issuing an appropriate order for the release of the following subpoenaed information:

    a.      a copy of the consumer reports issued for the PSAV applicants identified in Attachment A of the Subpoena, which identifies PSAV applicants from June 15, 2012 to January 22, 2016; and

    b.      for the PSAV applicants identified in Attachment A of the Subpoena, an excel spreadsheet containing the following data points:

        i.      Order Number
        ii.     Applicant Name
        iii.    Applicant Address
        iv.     Applicant Social Security Number
        v.      Applicant Gender (if known)
        vi.     Was there a Known Record?
        vii.    Did Order Flag?
        viii.   Did Criminal Flag?
        ix.     Did Drug Flag?
        x.      Did Driver History Flag?
        xi.     Number of Criminal Cases Found
        xii.    Number of Felony Cases Found
        xiii.   Number of Misdemeanor Cases Found

WHEREFORE, the Equal Employment Opportunity Commission requests that the Court issue a Consent Order directing Respondent Aurico to produce the information identified in Paragraphs 8(a) and (b) above.

Respectfully Submitted,

FOR RESPONDENT

/S/[1]

_____

Christine M. Costantino
(Bar No. 28582)

Counsel for Respondent

FOR APPLICANT

James L. Lee
Acting General Counsel

/S/

_____

Debra M. Lawrence
Regional Attorney

/S/

_____

Maria Salacuse (Bar No. 15562)
Supervisory Trial Attorney

/S/

_____

Eric S. Thompson
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Baltimore Field Office
10 S. Howard Street, 3d Floor
Baltimore, MD 21201

Dated: _____    _____

UNITED STATES DISTRICT JUDGE

---

[1] Signed with permission October 27, 2017